IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BOZEMAN, II,

    Petitioner,     No. CIV S-10-1883 GGH P

  vs.

RICHARD B. IVES, Warden,

    Respondent.     ORDER
_____/

    Pursuant to the Order, filed on August 2, 2010, petitioner, by filing dated August 11, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

    Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis, filed on August 11, 2010 (docket # 11), is granted.  See 28 U.S.C. § 1915(a).

DATED: August 30, 2010       /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
boze1883.ifpg