IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY LEE BOZEMAN, II, | | |
| | Petitioner, | 2: 10 - cv - 1883 - MCE TJB |
| | vs. | |
| RICHARD B. IVES, Warden,<br>FCI - Herlong | | |
| | Respondent. | ORDER |
| _____/ | | |

Petitioner, Jimmy Lee Bozeman, II, a federal prisoner, is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed an answer to the petition on September 9, 2010. In his answer, Respondent cites to several attachments which were purportedly included as exhibits to Respondent's answer. However, it appears as if Attachment 6 - Administrative Remedy Record and Attachment 7- Administrative Remedy Generalized Retrieval were not included as exhibits to Respondent's answer.

Accordingly, IT IS HEREBY ORDERED that Respondent shall file Attachments 6 and 7, as referenced in his answer, within seven (7) days of this Order.

//

//

1  DATED: May 16, 2011

                                      TIMOTHY J BOMMER
                                      UNITED STATES MAGISTRATE JUDGE