IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BOZEMAN, II,

    Petitioner,                      2: 10 - cv - 1883 - MCE TJB

    vs.

RICHARD B. IVES, Warden,
FCI - Herlong

    Respondent.                    ORDER
_____/

      Petitioner, Jimmy Lee Bozeman, II, a federal prisoner, is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondent filed an answer to the petition on September 9, 2010.  Respondent cited to several attachments in his answer.  Attached to Respondent's answer was a certificate of service which declared that Respondent's answer, including exhibits, had been served on Petitioner by mail.  However,  Attachment 6 - Administrative Remedy Record and Attachment 7- Administrative Remedy Generalized Retrieval were not included as exhibits to Respondent's answer that was filed in this Court.  Therefore, on May 16, 2011, Respondent was ordered to file Attachments 6 and 7 as referenced and cited to in his answer.  Respondent complied with the May 16, 2011 order by filing Attachments 6 and 7 on May 23, 2011, however no corresponding certificate of service was

1

attached.

On a document filed on May 31, 2011 but dated May 25, 2011, Petitioner requested copies of Attachments 6 and 7 stating that he had yet to receive a copy of these documents. It light of Respondent's failure to include Attachments 6 and 7 in his copy of his answer filed in court, as well as Respondent's failure to include a certificate of service with respect to the filing of Attachments 6 and 7 on May 23, 2011, it is unclear whether Petitioner has in fact ever been served with Attachments 6 and 7.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent respond to Petitioner's request within seven (7) days of the date of this order by either: (1) showing cause that the service of Attachments 6 and 7 to Petitioner has in fact been made; or (2) serve Attachments 6 and 7 on Petitioner so as to be in compliance with Local Rule 135(b) and file a certificate of service.

DATED: June 6, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE